IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

INDIANA LUMBERMENS MUTUAL )
INSURANCE COMPANY, )
)
)
Plaintiff, )
)
)
v. ) Civil Action No. 1:16-cv-692
)
)
TIMBER TREATMENT TECHNOLOGIES, )
LLC, *et al.*, )
)
Defendants. )

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated October 25, 2017, in response to Plaintiff's Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2). Defendants have not filed objections, and the time for filing such objections has lapsed.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendants Timber Treatment Technologies, LLC, and Ms. Slimak, and

declaratory judgment is GRANTED that Plaintiff's insurance policies do not provide coverage for the damages alleged in the Underlying Lawsuits and that the Underlying Lawsuits do not invoke Plaintiff's duty to defend Defendants.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 14, 2017